■ In the Matter of WILLIE KEARSE, Petitioner, v DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION et al., Respondents. [41 NYS3d 925]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

McCarthy, J.P., Egan Jr., Devine, Clark and Aarons, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.